

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-26-2005

# USA v. Fetzner

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-3692

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Fetzner" (2005). *2005 Decisions.* Paper 1316.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1316

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-3692
_____

UNITED STATES OF AMERICA

vs.

DONALD NICHOLAS FETZNER,

Appellant.

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal No. 02-cr-00006E)
District Judge:  The Honorable Sean J. McLaughlin

_____

Submitted Under Third Circuit LAR 34.1(a)
June 24, 2004

BEFORE: NYGAARD, McKEE, and CHERTOFF,[*] Circuit Judges.

_____

   *   This case was submitted to the panel of Judges Nygaard, McKee, and
Chertoff.  Judge Chertoff resigned after submission, but before the filing of the opinion.
The decision is filed by a quorum of the panel.  28 U.S.C. § 46(d).

(Filed:  April 26, 2005)

_____

OPINION OF THE COURT

_____

NYGAARD, Circuit Judge.

This Court, by opinion filed August 11, 2004, affirmed the District Court's judgment of conviction and sentence.  On August 13, 2004, this Court vacated the opinion and on October 26, 2004, held the case C.A.V. pending decision by the U.S. Supreme Court in *United States v. Booker*, 543 U.S. ___, 125 S. Ct. 738 (2005).

Appellant David Fetzner pleaded guilty to one count of conspiracy to defraud the United States of income tax revenues in violation of 18 U.S.C. § 371.  Now, Fetzner challenges his sentence under *United States v. Booker*, 543 U.S. ___, 125 S. Ct. 738 (2005).  We reaffirm all portions of our prior decision with respect to the conviction. However, having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we vacate the sentence and remand for resentencing in accordance with *Booker*.

TO THE CLERK:

Please file the foregoing opinion.

   /s/ Richard L. Nygaard
          Circuit Judge